Fill in this information to identify the case:

Debtor 1   Shavondalla C. Harris

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN   District of   MISSOURI
(State)

Case number   24-40531-can13

# Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   HSBC BANK USA, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES   Court claim no. (if known)   31

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX0251

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice:

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1.   Late charges | | (1) | $ 0.00 |
| 2.   Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3.   Attorney fees | 10/21/2024 | (3) | $ 150.00 |
| 4.   Filing fees and court costs | | (4) | $ 0.00 |
| 5.   Bankruptcy/Proof of claim fees | 7/1/2024, | (5) | $ 400.00 |
| 6.   Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7.   Property inspection fees | | (7) | $ 0.00 |
| 8.   Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9.   Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10.  Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11.  Other. Specify:  Plan Review | 5/1/2024 | (11) | $ $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   p a g e 1

| Debtor 1 | Shavondalla C. Harris | | Case number (*if known*) | 24-40531-can13 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

---

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Michael J. McCormick*                           Date    10/25/2024
     Signature

Print:   Michael          J.          McCormick          Title    Authorized Agent
         First Name     Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number      Street
          Roswell            GA          30076
          City               State       ZIP Code

Contact phone   678-281-3918                    Email   Michael.McCormick@mccalla.com

---

B10 (Supplement 2) (12/11)                                                                          Case:                  Page 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

**In re:**                                )
                                          )   **Case No.** 24-40531-can13
Shavondalla C. Harris                     )   **Chapter** 13
                                          )
                                          )   **JUDGE:** CYNTHIA A. NORTON
                                          )

### <u>EXHIBIT B</u>

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $250.00 |
| | 05/01/2024 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $400.00 |
| | 07/01/2024 | Preparation and Filing of Proof of Claim | $400.00 | |
| Attorney Fees | | | | $150.00 |
| | 10/21/2024 | Preparation and Filing of Notice of Postpetition Mortgage Fees, Expenses, and Charges | $150.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                              **$800.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B10 (Supplement 2) (12/11)

|  | Bankruptcy Case No.: 24-40531-can13 |
|---|---|

In Re:

    Shavondalla C. Harris

Chapter: 13

Judge: Cynthia A. Norton

## CERTIFICATE OF SERVICE

I, Michael J. McCormick, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Shavondalla C. Harris
11002 Blue Ridge Blvd
Kansas City, MO 64134-2744

Errin P. Stowell                  *(Served via ECF at Bankruptcy@wagonergroup.com)*
WM Law
15095 W 116th Street
Olathe, KS 66062

Richard Fink                     *(Served via ECF Notification)*
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   10/25/2024   By:    */s/Michael J. McCormick*
           (date)                  Michael J. McCormick
                                 Authorized Agent for Creditor

**Codilis, Moody & Circelli PC**

15 W 030 N. Frontage Road

Burr Ridge, IL 60527

Phone No: (720) 221-5870

Fax No: (303) 799-4682

## Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage
Andrea Jenkins
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Re: WASHINGTON GLADYS D
11002 BLUE RIDGE BLVD
KANSAS CITY, MO 64134
2744

Loan #: █████████
Loan Type: Conventional
Inv. ID / Cat. ID: H6M / ████
Cost Center:
CONV Case No:
GSE Code: O
GSE REO Rem. Code:

Original Mortgage Amount: $90,000.00
Litigation Status Code:
Man Code: B

BK Case No: 24-40531
BK Chapter: 13

| | |
|---|---|
| Invoice #: | ████████ |
| Invoice Status: | ACH Confirmed |
| Input By: | Christina Delesio |
| Date Submitted: | 5/3/2024 |
| Invoice Date: | 5/2/2024 |
| Vendor Ref #: | 26-24-00186 |
| Vendor Code: | CSMPC |
| Payee Code: | CODILIDMOO |
| Type: | Non Judicial |
| Referral Date | 4/26/2024 |
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID: ████████
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 5/3/2024 | 6/1/2024 | 6/6/2024 | | 6/1/2024 | 6/3/2024 | 6/5/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | 05/01/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Plan Review. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
**Service From Date: 5/1/2024** **Service To Date: 5/1/2024 12:00:00**

| | | | | | | $250.00 | $0.00 | $250.00 |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total:** | | | | | | $250.00 | $0.00 | $250.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 06/03/2024 | ████████████ | 06/04/2024 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | 630 | BATY | 01R23 | 92 | $250.00 |

**Execcution Date Time: 10/17/2024 06:00:03 AM**                                                    **Pages: 2/ 2**

**Codilis, Moody & Circelli PC**

15 W 030 N. Frontage Road

Burr Ridge, IL 60527

Phone No: (720) 221-5870

Fax No: (303) 799-4682

### Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage

Andrea Jenkins

2001 Bishops Gate Blvd

Mount Laurel, NJ 08054

| | |
|---|---|
| Invoice #: | ███████ |
| Invoice Status: | ACH Confirmed(Exc) |
| Input By: | Christina Delesio |
| Date Submitted: | 7/5/2024 |
| Invoice Date: | 7/3/2024 |
| Vendor Ref #: | 26-24-00186 |
| Vendor Code: | CSMPC |

Re:  WASHINGTON GLADYS D
11002 BLUE RIDGE BLVD
KANSAS CITY, MO 64134
2744

| | |
|---|---|
| Loan #: | ███████ |
| Loan Type: | Conventional |
| Inv. ID / Cat. ID: | H6M / ███ |
| Cost Center: | |
| CONV Case No: | |
| GSE Code: | O |
| GSE REO Rem. Code: | |

| | |
|---|---|
| Payee Code: | CODILIDMOO |
| Type: | Non Judicial |
| Referral Date | 4/26/2024 |

Original Mortgage Amount:  $90,000.00

Litigation Status Code:

Man Code:  B

BK Case No:  24-40531

BK Chapter:  13

| | |
|---|---|
| Acquisition Date: | |
| Paid in Full Date: | N/A |
| Foreclosure Removal | N/A |
| HiType | 1 |
| Class Code | |

Invoice ID:  ███████

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 7/5/2024 | 7/8/2024 | 7/8/2024 | | 7/8/2024 | 7/9/2024 | 7/11/2024 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 07/01/2024 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |

Note: Preparation and Filing of Proof of Claim. - Non-Recoverable Charge, should not be passed on to the borrower

Service From Date: 7/1/2024          Service To Date: 7/1/2024 12:00:00

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 07/01/2024 | 1 | $400.00 | $400.00 | $0.00 | $400.00 |

Note: Preparation and Filing of Proof of Claim. Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower

Service From Date: 7/1/2024          Service To Date: 7/1/2024 12:00:00

<span style="color:red">Line Item was used multiple times on the invoice</span>

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 07/01/2024 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Review and/or Preparation of Loan Payment History as part of the Official Form 410A. - Non-Recoverable Charge, should not be passed on to the borrower

Service From Date: 7/1/2024          Service To Date: 7/1/2024 12:00:00

| | Orig. Billed | Adjust | Net |
|---|---|---|---|
| | $950.00 | $0.00 | $950.00 |

**Total:**    $950.00    $0.00    $950.00

Execution Date Time: 10/17/2024 06:00:03 AM                    Pages: 1/ 3

**<u>Invoice Level Exceptions</u>**

<span style="color:red">Line Item was used multiple times on the invoice</span>

**<u>Invoice Level Comment</u>**

Allowable not exceeded

**Payment information**

| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|---|
| 07/09/2024 | ██████████ | | 07/10/2024 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount | |
| Attorney Fees | Proof of Claim | 630 | FPOC | 01T23 | 92 | $250.00 | |
| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
| 07/09/2024 | ██████████ | | 07/10/2024 | $300.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount | |
| Attorney Fees | Proof of Claim | 630 | FPOC | 01T23 | 92 | $300.00 | |
| Requested Date | Check/ACH# | | Payment Date | Amount | | | |
| 07/09/2024 | ██████████ | | 07/10/2024 | $400.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount | |
| Attorney Fees | Proof of Claim | 630 | FPOC | 01R23 | 92 | $400.00 | |